IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SAMUEL HUGHES,
      Plaintiff,

v.                                          Civil Action No. 3:22cv81

NOTTOWAY CORRECTIONAL CENTER,
      Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on April 1, 2022, the Court conditionally docketed the plaintiff's civil action. At that time, the Court directed the plaintiff to submit a statement under oath or penalty of perjury that:

    (A)    Identifies the nature of the action;
    (B)    States his belief that he is entitled to relief;
    (C)    Avers that he is unable to prepay fees or give security therefor; and,
    (D)    Includes a statement of the assets he possesses.

See 28 U.S.C. § 1915(a)(1). The Court provided the plaintiff with an *in forma pauperis* affidavit form for this purpose.[1]

Additionally, the Court directed the plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned the plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

---

[1] An *in forma pauperis* affidavit was mailed to the plaintiff on May 10, 2022. *See* Staff Note entered May 10, 2022.

The plaintiff has not complied with the orders of this Court. The plaintiff failed to return a completed *in forma pauperis* affidavit form and a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 11 July 2022
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District